VOGEL & BINDER COMPANY, Appellant, *v.* WILLIAM J. MONTGOMERY et al., Respondents, and CHARLES P. EVANS COMPANY et al., Appellants.

*Vogel & Binder Co.* v. *Montgomery,* 139 App. Div. 926, affirmed.
(Argued October 13, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1910, affirming a judgment in favor of defendant respondents entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*C. C. Werner, Frederick M. Whitney* and *Albert H. Stearns* for appellants.

*W. C. Carroll, George Y. Webster* and *Hiram R. Wood* for respondents.

Judgment affirmed, with one bill of costs against appellants; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not sitting: WERNER, J.